*ant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 543. RODNEY, U. S. DISTRICT JUDGE, ET AL. *v.* PARAMOUNT PICTURES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *Thurman Arnold* and *Clair J. Killoran* for petitioners. *Roy W. McDonald, Robert E. Sher, George S. Wright* and *Jos. Irion Worsham* for respondents.

No. 544. STECKEL *v.* LURIE ET AL., DOING BUSINESS AS LURIE & ALPER. C. A. 6th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *John J. Adams* for respondents.

No. 545. CHARLES E. SMITH & SONS CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Sol Goodman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 549. JENNINGS-WATTS OIL CO., INC. *v.* GILBERT, DOING BUSINESS AS GILBERT STORAGE & TRANSFER CO., ET AL. C. A. 4th Cir. Certiorari denied. *Mac Asbill* for petitioner. *Max J. Gwertzman* and *William S. Mundy, Jr.* for respondents.

No. 553. MORAN TRANSPORTATION CORP. *v.* ADMINISTRATRIX OF MELLINO ET AL. C. A. 2d Cir. Certiorari denied. *Edward Ash* for petitioner. *Jacquin Frank* for respondents.

No. 555. R. H. OSWALD CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Walter E. Barton* for petitioner. *Solicitor General Perl-*